UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA M SCHASKER,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 23-cv-02893-SVK<br><br>**ORDER WITHDRAWING DKT. 16 AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE**<br><br>Re: Dkt. No. 16 |

On September 8, 2023, the Court issued an Order extending the deadline for Plaintiff to file an amended complaint, out of concern that Plaintiff had not had enough time to file an amended complaint as a result of her lack of ECF access. *See* Dkt. 16. However, the Court has now learned that Plaintiff has had ECF access since at least August 25, 2023 (*i.e.*, seven days before her prior deadline to file an amended complaint). Accordingly, the Court's September 8, 2023 Order (Dkt. 16) is **WITHDRAWN.**

As of the issuance of this Order, Plaintiff has not filed an amended complaint. The Court therefore **ORDERS** Plaintiff to appear on **October 10, 2023 at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute. If Plaintiff wishes to attempt to proceed with this action, she must do either of the following by **October 3, 2023**:

1. File an amended complaint; or

2. Respond to this Order.

**Failure to complete either of these steps by October 3, 2023 will result in the Court ordering that this action be reassigned to a district judge with a recommendation that it be dismissed with prejudice.**

///

Information about the Federal Pro Se Program, which provides free information and limited-scope legal advice to *pro se* litigants in federal civil cases, can be found in the Court's June 26, 2023 Order. *See* Dkt. 6.

**SO ORDERED.**

Dated: September 11, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge